UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PIMENTEL, | CASE NO. CV F 12-571 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| WELTMAN, WEINBERG, & REIS, CO., LPA., | |
| Defendant. / | |

On August 23, 2012, Plaintiff filed a notice of voluntary dismissal in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED with prejudice. All dates are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   August 24, 2012**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE